

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taneasha Newsome, an Individual<br><br>Plaintiff,<br>V.<br><br>Axos Bank, a Savings and Loan Association; Axos Financial, Inc., a Delaware Corporation.<br><br>Defendant. | Civil Action No.  20-cv-01424-JM-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion to confirm arbitration award. Plaintiff's claims are dismissed with prejudice.

Date:   4/22/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ S. Tweedle

S. Tweedle, Deputy